Hotel Kelly Corporation, a corporation, Appellant, v. George W. Green, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellees.

*J. C. Adkins,* for Appellant.

*Fred D. Bryant,* for Appellees.

Homer Davison, Plaintiff in Error, v. J. Uhle Bethel, Defendant in Error.

Writ of error dismissed on motion of counsel for Defendant in Error.

*Wylie & Warren,* for Plaintiff in Error.

*Booth & Dickinson* and *Harrison & Kennedy,* for Defendant in Error.

The City of Winter Haven, a municipal corporation under the laws of the State of Florida, *et al.,* Appellants, v. Sara Summerlin, joined by her husband and next friend, A. Summerlin, Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Henry Sinclair,* for Appellants.

*A. Summerlin,* for Appellees.

R. E. L. McCaskill Company, a corporation of Florida, *et al.,* Appellants, v. W. H. Graham, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*S. M. Preacher* and *Wm. W. Flournoy,* for Appellants.

*T. R. James* and *Philip D. Beall,* for Appellee.